IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: EDWARD & TERESA KROPIWIEC           )
                                           )
MIDFIRST AS SUCCESSOR IN INTEREST TO       )
Wells Fargo Bank, N.A./Midfirst Bank,      )
           Creditor,                       )
                                           )
     vs.                                   ) CASE NO. 10B11356
                                           ) JUDGE Bruce W. Black
EDWARD & TERESA KROPIWIEC,                 )
           Debtor                          )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes MIDFIRST AS SUCCESSOR IN INTEREST TO Wells Fargo Bank, N.A./Midfirst Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the August 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of October 28, 2011:

   ```
   a. Attorney's Fees                                   $250.00
   b. Payments (8/11 – 11/11 @ $2,169.00 ea)          $8,676.00
   c. Late Charges                                       $86.76
   d. Property Inspection                               $198.00
   e. Escrow Shortage                                 $1,531.62
   f.  Suspense                                        ($87.92)
   Total                                             $10,654.46
   ```

   **\*\*Oustanding balance in Agreed Order currently unapplied $3,234.25\*\*.**

   If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice MIDFIRST AS SUCCESSOR IN INTEREST TO Wells Fargo Bank, N.A./Midfirst Bank rights to collect these

amounts will be unaffected.

                                      Respectfully Submitted,

                                      MIDFIRST AS SUCCESSOR IN INTEREST TO Wells Fargo Bank, N.A./Midfirst Bank

                                      <u>/s/Lydia Y. Siu</u>
                                      Lydia Y. Siu
                                      ARDC#6288604

                                      Pierce and Associates, P.C.
                                      1 North Dearborn
                                      Suite 1300
                                      Chicago, Illinois 60602
                                      (312)346-9088